

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00302-CV

IN THE INTEREST OF R.R.K., A CHILD

§ On Appeal from the 362nd District Court

§ of Denton County (20-4038-362)

§ April 28, 2022

§ Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We reverse the trial court's Modification Order as to the provisions granting Appellee Father an offset for support assessed against Appellant Mother and ordering Mother to pay for half of Daughter's health insurance, and we remand this case to the trial court for a new trial on those matters. We affirm the remainder of the trial court's Modification Order.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach